UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
V2 INVESTMENTS LLC                  §   Case No. 10-52678
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/04/2015 in Courtroom 680 (Judge Cox),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/01/2015                 By: /s/ Frances Gecker
                                               Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| V2 INVESTMENTS LLC | § | Case No. 10-52678 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,059.35 |
| and approved disbursements of | $ | 2,831.38 |
| leaving a balance on hand of[1] | $ | 27,227.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 3,755.94 | $ 0.00 | $ 3,755.94 |
| Trustee Expenses: Frances Gecker | $ 0.96 | $ 0.00 | $ 0.96 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 10,081.10 | $ 0.00 | $ 10,081.10 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,444.03 | $ 0.00 | $ 1,444.03 |
| Other: INTERNATIONAL SURETIES LTD. | $ 69.03 | $ 69.03 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 15,282.03 |
| Remaining Balance | $ 11,945.94 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 149,371.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | THORPE & ROTUNNO KUBASIAK FYLSTRA | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | CHARLES MARKOPOULOS | $ 16,899.17 | $ 0.00 | $ 1,351.50 |
| 3 | MILLER COOPER & CO., LTD. | $ 132,472.55 | $ 0.00 | $ 10,594.44 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,945.94 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-52678-JPC
V2 Investments LLC                                                      Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 1           Date Rcvd: May 04, 2015
                              Form ID: pdf006              Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2015.
db             +V2 Investments LLC,    3844 Miller Drive,    Glenview, IL 60026-1020
aty             Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
                 Chicago, IL   60610
16672883       +Bansley and Kiener, L.L.P.,    8745 W. Higgins Road,    Suite 200,    Chicago, IL 60631-2784
16483302       +Chapman & Spingola,    77 West Wacker Drive,    Suite 4800,    Chicago, IL 60601-1664
16483303       +Charles Markopoulos,    c/o Thomas R. Fawkes, Esq.,    Freeborn & Peters LLP,
                 311 S. Wacker Dr., Suite 3000,    Chicago,IL 60606-6679
16483304       +Charles Markopoulos and Affiliates,    1742 Larkdale,    Northbrook, IL 60062-5931
16483306       +Edelman & Partners,    77 West Washington Street,    Suite 1514,    Chicago, IL 60602-3221
16483307       +InSite Real Estate, LLC,    1400 16th Street,    Suite 300,    Oak Brook, IL 60523-8796,
                 Attn: Chris Hutter
16483308       +Jayaram Law Group,    150 North Michigan Avenue,    Suite 2800,    Chicago, IL 60601-7586
16483309       +Kubasiak, Fylstra, Thorpe & Rotunno,    Two First National Plaza,    20 South Clark Street,
                 Suite 2900,    Chicago, IL 60603-1810
17514332       +Kubasiak, Fylstra, Thorpe & Rotunno, P.C.,    20 S. Clark St.,    29th Floor,
                 Chicago, IL 60603-1810
16483310       +Magdalene Vadevoulis,    3844 Miller Drive,    Glenview, IL 60026-1020
16483311        Miller Cooper & Co., Ltd.,    1751 Lake Cook Road,    Suite 400,    Deerfield, IL 60015-5286
16483312       +Paul Vadevoulis,    3844 Miller Drive,    Glenview, IL 60026-1020
16483313       +Robert Tepper,    111 West Washington Street,    Suite 1900,    Chicago, IL 60602-2713
16483314       +Strauss & Malk, LLP,    135 Revere Drive,    Northbrook, IL 60062-1555
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16483305       +E-mail/Text: ddulworth@clarkhill.com May 05 2015 01:19:24     CLARK HILL PLC,
                 150 North Michigan Avenue,    Suite 2700,,    Chicago, IL 60601-7576,    Attn: Adam Toosley
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Frank/Gecker LLP
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2015 at the address(es) listed below:
              Adam C Toosley    on behalf of Creditor    The Federal Deposit Insurance Corporation, solely as
               Receiver for Wheatland Bank atoosley@freeborn.com,    jschmidt@freeborn.com
              Frances Gecker    fgecker@fgllp.com,    fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Frances Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Jeremy C Kleinman    on behalf of Trustee Frances  Gecker jkleinman@fgllp.com,
               ccarpenter@fgllp.com
              Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
               ccarpenter@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sven T Nylen    on behalf of Debtor    V2 Investments LLC sven.nylen@klgates.com
              Thomas R. Fawkes    on behalf of Creditor    Charles Markopoulos tomf@restructuringshop.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
                                                                                              TOTAL: 9
```