# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| V2 INVESTMENTS LLC | § | Case No. 10-52678 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 11,945.94 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 18,113.41 | |

3) Total gross receipts of $ 30,059.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,059.35 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,113.41 | 18,113.41 | 18,113.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 417,036.90 | 427,796.07 | 149,371.72 | 11,945.94 |
| **TOTAL DISBURSEMENTS** | $ 467,036.90 | $ 445,909.48 | $ 167,485.13 | $ 30,059.35 |

4) This case was originally filed under chapter 7 on 11/29/2010 . The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2016            By:/s/Frances Gecker
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25% INTEREST IN BRANDY'S GROUP, L.L.C., AN ILLINOI | 1129-000 | 5,000.00 |
| 25% INTEREST IN WOLF PLAZA, L.L.C., AN ILLINOIS LI | 1129-000 | 5,000.00 |
| 50% INTEREST IN GALEWOOD PLAZA II LLC, AN ILLINOIS | 1129-000 | 5,000.00 |
| 50% INTEREST IN GALEWOOD PLAZA, LLC, AN ILLINOIS L | 1129-000 | 5,000.00 |
| 50% INTEREST IN TRIANGLE PLAZA OF CHICAGO II, LLC, | 1129-000 | 5,000.00 |
| 50% INTEREST IN TRIANGLE PLAZA OF CHICAGO, LLC, AN | 1129-000 | 5,000.00 |
| Post Petition Tax Refund | 1224-000 | 57.83 |
| Post-Petition Interest Deposits | 1270-000 | 1.52 |
| **TOTAL GROSS RECEIPTS** | | **$30,059.35** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Strauss & Malk, LLP 135 Revere Drive Northbrook, IL 60062 | | 50,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 3,755.94 | 3,755.94 | 3,755.94 |
| Frances Gecker | 2200-000 | NA | 0.96 | 0.96 | 0.96 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 15.58 | 15.58 | 15.58 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 69.03 | 69.03 | 69.03 |
| Suite 420 701 Poydras Street New Orleans, LA 70139 | 2300-000 | NA | 26.97 | 26.97 | 26.97 |
| BANK OF AMERICA | 2600-000 | NA | 75.16 | 75.16 | 75.16 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of New York Mellon | 2600-000 | NA | 811.50 | 811.50 | 811.50 |
| The Bank of New York Mellon | 2600-000 | NA | 198.14 | 198.14 | 198.14 |
| P.O. Box 19009<br>Springfield, IL  62794-9009 | 2820-000 | NA | 1,635.00 | 1,635.00 | 1,635.00 |
| FRANKGECKER LLP | 3110-000 | NA | 10,081.10 | 10,081.10 | 10,081.10 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 1,444.03 | 1,444.03 | 1,444.03 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,113.41 | $ 18,113.41 | $ 18,113.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chapman & Spingola 77 West Wacker Drive Suite 4800 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Edelman & Partners 77 West Washington Street Suite 1514 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Jayaram Law Group 150 North Michigan Avenue Suite 2800 Chicago, IL 60601 | | 6,140.00 | NA | NA | 0.00 |
| | Kubasiak, Fylstra, Thorpe & Rotunno Two First National Plaza 20 South Clark Street, Suite 2900 Chicago, IL 60603 | | 278,424.35 | NA | NA | 0.00 |
| 2 | CHARLES MARKOPOULOS | 7100-000 | 0.00 | 16,899.17 | 16,899.17 | 1,351.50 |
| 3 | MILLER COOPER & CO., LTD. | 7100-000 | 132,472.55 | 132,472.55 | 132,472.55 | 10,594.44 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | THORPE & ROTUNNO KUBASIAK FYLSTRA | 7100-000 | NA | 278,424.35 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 417,036.90 | $ 427,796.07 | $ 149,371.72 | $ 11,945.94 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-52678 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | V2 INVESTMENTS LLC | | | | Date Filed (f) or Converted (c): | 11/29/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/20/2011 |
| For Period Ending: | 02/26/2016 | | | | Claims Bar Date: | 11/09/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 1.52 | FA |
| 2. 25% INTEREST IN WOLF PLAZA, L.L.C., AN ILLINOIS LI | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 3. 50% INTEREST IN GALEWOOD PLAZA, LLC, AN ILLINOIS L | 0.00 | 0.00 | | 5,000.00 | FA |
| 4. 50% INTEREST IN GALEWOOD PLAZA II LLC, AN ILLINOIS | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 5. 50% INTEREST IN TRIANGLE PLAZA OF CHICAGO, LLC, AN | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 6. 50% INTEREST IN TRIANGLE PLAZA OF CHICAGO II, LLC, | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 7. 25% INTEREST IN BRANDY'S GROUP, L.L.C., AN ILLINOI | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 8. 10.61% LIMITED PARTNERSHIP INTEREST IN PHEASANT RU | 0.00 | 4,285.70 | | 0.00 | FA |
| 9. POTENTIAL MALPRACTICE ACTION AGAINST KUBASIAK, ET AL. | 0.00 | Unknown | | 0.00 | FA |
| 10. BREACH OF CONTRACT AND FIDUCIARY DUTY ACTION AGAIN | Unknown | Unknown | | 0.00 | FA |
| 11. Post Petition Tax Refund (u) | 0.00 | 57.83 | | 57.83 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $29,343.53 | | $30,059.35 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/01/2012    Current Projected Date of Final Report (TFR): 03/13/2015

UST Form 101-7-TDR (10/1/2010) (Page: 8)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 10-52678 | Trustee Name: | Frances Gecker |
| Case Name: | V2 INVESTMENTS LLC | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX5553 |
| | | | MONEY MARKET |
| Taxpayer ID No: | XX-XXX0343 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/24/11 | | CHARLES MARKOPOULOS 5406 W. Devon, Ste. 204 Chicago, IL 60646 | Purchase of Property | | $30,000.00 | | $30,000.00 |
| | | | Gross Receipts  $30,000.00 | | | | |
| | 6 | | 50% INTEREST IN TRIANGLE PLAZA OF CHICAGO II, LLC,  $5,000.00 | 1129-000 | | | |
| | 4 | | 50% INTEREST IN GALEWOOD PLAZA II LLC, AN ILLINOIS  $5,000.00 | 1129-000 | | | |
| | 5 | | 50% INTEREST IN TRIANGLE PLAZA OF CHICAGO, LLC, AN  $5,000.00 | 1129-000 | | | |
| | 7 | | 25% INTEREST IN BRANDY'S GROUP, L.L.C., AN ILLINOI  $5,000.00 | 1129-000 | | | |
| | 3 | | 50% INTEREST IN GALEWOOD PLAZA, LLC, AN ILLINOIS L  $5,000.00 | 1129-000 | | | |
| | 2 | | 25% INTEREST IN WOLF PLAZA, L.L.C., AN ILLINOIS LI  $5,000.00 | 1129-000 | | | |
| 06/30/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.03 | | $30,000.03 |
| 07/29/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.25 | | $30,000.28 |
| 08/31/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.26 | | $30,000.54 |
| 09/30/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.25 | | $30,000.79 |
| 10/31/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.25 | | $30,001.04 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $38.22 | $29,962.82 |
| 11/30/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | $0.25 | | $29,963.07 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $36.94 | $29,926.13 |

Page Subtotals:  $30,001.29  $75.16

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-52678 | Trustee Name: | Frances Gecker |
| Case Name: | V2 INVESTMENTS LLC | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX5553 |
| | | | MONEY MARKET |
| Taxpayer ID No: | XX-XXX0343 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.23 | | $29,926.36 |
| 12/29/11 | | Transfer to Acct # XXXXXX2483 | Bank Funds Transfer | 9999-000 | | $29,926.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,001.52 | $30,001.52 |
| Less: Bank Transfers/CD's | $0.00 | $29,926.36 |
| Subtotal | $30,001.52 | $75.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,001.52 | $75.16 |

Page Subtotals:    $0.23    $29,926.36

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-52678 | Trustee Name: Frances Gecker |
| Case Name: V2 INVESTMENTS LLC | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX2483 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0343 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5553 | Bank Funds Transfer | 9999-000 | $29,926.36 | | $29,926.36 |
| 02/07/12 | 1000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BLANKET BOND #016026455 2/1/12  TO 2/1/13 | 2300-000 | | $28.91 | $29,897.45 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $29,897.45 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $29,926.36 | $29,926.36 |
| Less: Bank Transfers/CD's | $29,926.36 | $29,897.45 |
| Subtotal | $0.00 | $28.91 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $28.91 |

Page Subtotals: $29,926.36    $29,926.36

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-52678 | Trustee Name: Frances Gecker |
| Case Name: V2 INVESTMENTS LLC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7127 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0343 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $29,897.45 | | $29,897.45 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $26.97 | $29,870.48 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.36 | $29,846.12 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $44.37 | $29,801.75 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.87 | $29,758.88 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $44.24 | $29,714.64 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $42.75 | $29,671.89 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $44.12 | $29,627.77 |
| 08/14/13 | 10001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19009Springfield, IL 62794-9009 | 2011 Form IL-1041 FEIN: 36-4400343 | 2820-000 | | $1,635.00 | $27,992.77 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.34 | $27,949.43 |
| 09/25/13 | 11 | ILLINOIS DEPT. OF REVENUE P.O. Box 19009Springfield, IL 62794-9009 | TAX REFUNDS | 1224-000 | $57.83 | | $28,007.26 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $40.23 | $27,967.03 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.58 | $27,925.45 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $40.18 | $27,885.27 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.46 | $27,843.81 |
| 02/03/14 | 10002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $40.12 | $27,803.69 |
| | | | Page Subtotals: | | $29,955.28 | $2,151.59 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-52678 | Trustee Name: | Frances Gecker |
| Case Name: | V2 INVESTMENTS LLC | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7127 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX0343 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.40 | $27,762.29 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $37.30 | $27,724.99 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.22 | $27,683.77 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.83 | $27,643.94 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $41.10 | $27,602.84 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.71 | $27,563.13 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $40.98 | $27,522.15 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $40.92 | $27,481.23 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $39.54 | $27,441.69 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.80 | $27,400.89 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.42 | $27,361.47 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.67 | $27,320.80 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.62 | $27,280.18 |
| 02/10/15 | 10003 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $15.58 | $27,264.60 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.63 | $27,227.97 |
| | | | Page Subtotals: | | $0.00 | $575.72 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-52678 | Trustee Name: | Frances Gecker |
| Case Name: | V2 INVESTMENTS LLC | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7127 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX0343 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/15 | 10004 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Distribution | | | $3,756.90 | $23,471.07 |
| | | Frances Gecker | Final distribution representing a payment of 100.00 % per court order. ($3,755.94) | 2100-000 | | | |
| | | Frances Gecker | Final distribution representing a payment of 100.00 % per court order. ($0.96) | 2200-000 | | | |
| 06/04/15 | 10005 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $10,081.10 | $13,389.97 |
| 06/04/15 | 10006 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,444.03 | $11,945.94 |
| 06/04/15 | 10007 | CHARLES MARKOPOULOS<br>C/O THOMAS R. FAWKES, ESQ.<br>FREEBORN & PETERS LLP<br>311 S. WACKER DR., SUITE 3000<br>CHICAGO, IL 60606 | Final distribution to claim 2 representing a payment of 8.00 % per court order. | 7100-000 | | $1,351.50 | $10,594.44 |
| 06/04/15 | 10008 | MILLER COOPER & CO., LTD.<br>1751 LAKE COOK ROAD<br>SUITE 400<br>DEERFIELD, IL 60015-5286 | Final distribution to claim 3 representing a payment of 8.00 % per court order. | 7100-000 | | $10,594.44 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $29,955.28 | $29,955.28 |
| Less: Bank Transfers/CD's | $29,897.45 | $0.00 |
| Subtotal | $57.83 | $29,955.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $57.83 | $29,955.28 |

Page Subtotals: $0.00   $27,227.97

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX2483 - GENERAL CHECKING | $0.00 | $28.91 | $0.00 |
| XXXXXX5553 - MONEY MARKET | $30,001.52 | $75.16 | $0.00 |
| XXXXXX7127 - GENERAL CHECKING | $57.83 | $29,955.28 | $0.00 |
| | $30,059.35 | $30,059.35 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,059.35 |
| Total Gross Receipts: | $30,059.35 |